IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE DEJESUS RODRIGUEZ,

    Plaintiff,                                 No. 2:09-cv-2195 FCD JFM PS

    vs.

UNKNOWN-NAMED DISCIPLINARY HEARINGS AGENT A.K.A. "SERGEANT SIMMONS," AND THE SAN JOAQUIN COUNTY SHERIFF,[1]

    Defendants.                         <u>ORDER</u>

/

        Plaintiff is proceeding in this action pro se. Plaintiff seeks relief pursuant to and has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis. This proceeding was referred to this court by Local Rule 72-302(c)(21).

        Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them. Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

---

[1] Although plaintiff has identified this defendant as the "unknown-named employer of 'Sergeant Simmons,'" plaintiff avers that Sergeant Simmons is a sworn sheriff's deputy employed by the San Joaquin County Sheriff's Department. Thus, the proper defendant, as identified within plaintiff's complaint, is the Sheriff of San Joaquin County.

The complaint states a cognizable claim for relief.   If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's request to proceed in forma pauperis is granted;

2. The Clerk of the Court shall send plaintiff two USM-285 forms, one summons, an instruction sheet and a copy of the complaint filed August 10, 2009.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

   a. One completed summons;

   b. One completed USM-285 form for Officer Simmons and the San Joaquin County Sheriff; and

   c. Three copies of the endorsed complaint filed August 10, 2009.

4. Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without prepayment of costs.

5. Failure to comply with this order may result in a recommendation that this action be dismissed.

DATED:  August 18, 2009.

UNITED STATES MAGISTRATE JUDGE

001;rodr2195.1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DEJESUS RODRIGUEZ, | |
| Plaintiff, | No. 2:09-cv-2195 FCD JFM PS |
| vs. | |
| UNKNOWN-NAMED DISCIPLINARY HEARINGS AGENT A.K.A. "SERGEANT SIMMONS," AND THE SAN JOAQUIN COUNTY SHERIFF, | NOTICE OF SUBMISSION |
| Defendants. | OF DOCUMENTS |
| _____ / | |

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      _____    completed summons form

      _____    completed USM-285 forms

      _____    copies of the complaint

DATED:

_____
Plaintiff