1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE DEJESUS RODRIGUEZ,

9

           Plaintiff,                   No. 2:09-cv-2195 FCD JFM PS

10

    vs.

11

DEPUTY A. KNAPP, et al.,

12

           Defendant.                  <u>ORDER</u>

13

_____/

14
15
16

           Plaintiff is a pretrial detainee proceeding pro se and in forma pauperis.  On December 29, 2009, plaintiff filed a motion for preliminary injunction.  The court construes this as a request for temporary restraining order.  The court intends to consider the request for injunctive relief in thirty days.  The court will consider any response defendants offer within thirty days from the date of this order.

17
18
19
20
21

           Accordingly, IT IS HEREBY ORDERED that within thirty days from date of this order the court will consider any response defendants may file to plaintiff's December 29, 2009 request.

22

DATED:  January 5, 2010.

23
24
25

UNITED STATES MAGISTRATE JUDGE

26

/001; rodriguez.fb