1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOSE DEJESUS RODRIGUEZ,

11          Plaintiff,                    No.  CIV-S-09-2195-FCD-KJN-PS

12          vs.

13   UNKNOWN-NAMED DISCIPLINARY
     HEARINGS, AGENT A.K.A. "SERGEANT
14   SIMMONS," et al.,                    ORDER

15
            Defendants.
16   _____/

17          On March 9, 2010, the magistrate judge filed findings and recommendations herein

18   which were served on the parties and which contained notice that any objections to the findings

19   and recommendations were to be filed within twenty days.  No objections were filed.

20           Accordingly, the court presumes that any findings of fact are correct.  See Orand v.

21   United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are

22   reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir.

23   1983).

24          The court has reviewed the applicable legal standards and, good cause appearing,

25   concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

26          Accordingly, IT IS ORDERED that:

1

1          1.  The Proposed Findings and Recommendations filed March 9, 2010, are ADOPTED;

2   and

3          2.  Plaintiff's motion for a preliminary injunction is denied

4   DATED:   April 6, 2010.

5

6   _____

7                              FRANK C. DAMRELL, JR.
                               UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26