IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE DEJESUS RODRIGUEZ

    Plaintiff,                    No. 2:09-cv-02195 FCD KJN

    vs.

UNKNOWN-NAMED DISCIPLINARY
HEARINGS AGENT A.K.A.
"SERGEANT SIMMONS," et al.,

    Defendants.               ORDER
_____/

On May 26, 2010, plaintiff filed a "Stipulation of Dismissal Without Prejudice re Party Defendant Anthony Knapp." (Dkt. No. 47.) Although the document was entitled stipulation, it was not signed by defendant's counsel as required by Local Rule 143. Defendant Anthony Knapp is directed, within seven days of the date of this order, to file a document with the court indicating whether he joins in or opposes this request for dismissal without prejudice.

**IT IS SO ORDERED.**

DATED: June 1, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1