1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOSE DEJESUS RODRIGUEZ

11          Plaintiff,                No. 2:09-cv-02195 FCD KJN PS

12      vs.

13   UNKNOWN-NAMED DISCIPLINARY
     HEARINGS AGENT A.K.A.
14   "SERGEANT SIMMONS," et al.,

15          Defendants.              <u>ORDER</u>

16   _____/

17          On May 26, 2010, plaintiff filed a "Stipulation of Dismissal Without Prejudice re

18   Party Defendant Anthony Knapp." (Dkt. No. 47.)  Although the document was entitled

19   stipulation, it was not signed by defendant's counsel as required by Local Rule 143.  This court

20   issued an order on June 1, 2010, directing defendant Anthony Knapp to file a document with the

21   court indicating whether he joins in or opposes this request for dismissal without prejudice.

22   (Dkt. No. 48.)  On June 8, 2010, defendant Anthony Knapp filed a joinder in the request for

23   dismissal.  (Dkt. No. 49.)

24   ////

25   ////

26   ////

                                        1

1    Therefore, it is HEREBY ORDERED that defendant Anthony Knapp is dismissed

2  from this action without prejudice pursuant to stipulation of the parties.

3    **IT IS SO ORDERED.**

4  DATED:  June 10, 2010

5

6

7

KENDALL J. NEWMAN
8  UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2