IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE DEJESUS RODRIGUEZ

     Plaintiff,                     No. 2:09-cv-02195 KJN PS

     vs.

JEFFERY SIMMONS, et al.,

     Defendants.             <u>ORDER</u>

_____/

        Plaintiff has filed a document entitled "Plaintiff's First Request for Production and Initial Disclosures re Documents and Other Recorded Tangible Evidence." (Dkt. No. 65.) Plaintiff is informed that court permission is not necessary for discovery requests and that neither discovery requests served on an opposing party nor that party's responses should be filed with the court until such time as a party becomes dissatisfied with a response and seeks relief from the court in accordance with the Federal Rules of Civil Procedure and the Eastern District of California's Local Rules. Discovery requests between the parties shall not be filed with the court unless, and until, they are at issue.

////

////

////

1       Accordingly, IT IS HEREBY ORDERED that Plaintiff's First Request for Production and Initial Disclosures re Documents and Other Recorded Tangible Evidence will be placed in the court file and disregarded.

**IT IS SO ORDERED.**

DATED:  August 25, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE