IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE DEJESUS RODRIGUEZ

     Plaintiff,                    No. 2:09-cv-02195 KJN PS

     vs.

JEFFERY SIMMONS, et al.,

     Defendants.               <u>ORDER</u>

_____/

        Plaintiff has filed a document entitled "Ex-Parte Application for Court Appointed Counsel and Memorandum of Points and Authorities." (Dkt. No. 67.) This motion is not properly noticed for hearing pursuant to the Local Rules and Federal Rules of Civil Procedure. Moreover, as plaintiff recognizes, there exists no statutory or constitutional right for an indigent to have counsel appointed in a civil case. See <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). The court has discretion to designate counsel to represent an indigent civil litigant, discretion which may be exercised only in "exceptional circumstances." See <u>Wilborn v. Excalderon</u>, 789 F.2d 1328, 1331 (9th Cir. 1986) (recognizing that the court may appoint counsel under that section only under exceptional circumstances, which includes a finding that a petitioner is unable to articulate his or her claims pro se in light of the complexity of the legal issues involved). In the present case, and after a thorough review of plaintiff's filing, the court

does not find the required exceptional circumstances. Plaintiff's complaint is clearly presented, and the relevant facts are limited and straightforward. Therefore, plaintiff's request for the appointment of counsel is denied.

**IT IS SO ORDERED.**

DATED: November 15, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE