IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE DEJESUS RODRIGUEZ

    Plaintiff,               No. 2:09-cv-02195 KJN

    vs.

JEFFERY SIMMONS, et al.,

    Defendants.        <u>ORDER</u>

                              /

        Plaintiff Jose DeJesus Rodriguez (the "plaintiff"), proceeding without counsel and in forma pauperis, filed this action in federal court on August 10, 2009. (Dkt. No. 1.) Plaintiff filed an amended complaint on December 21, 2009, which seeks money damages and declaratory and injunctive relief. (Dkt. No. 15.)[1]

        On May 9, 2011, defendant Steve Moore, Sheriff of San Joaquin County ("Sheriff Moore") (erroneously sued as the Sheriff of San Joaquin County) and defendant Jeffery Simmons ("Sgt. Simmons") (collectively, the "defendants") filed a motion for summary judgment. (Dkt. No. 91.) The next day, on May 10, 2011, defendants filed a document entitled "Stipulation of

---

[1] This action proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). All parties voluntarily consented to have a United States Magistrate Judge conduct all proceedings in this case (Dkt. Nos. 7, 60), and the case was referred to the undersigned pursuant to an order signed on August 12, 2010. (Dkt. No. 61.)

1  Dismissal; Order" (the "Stipulation"). (Dkt. No. 92.) Therein, the parties state that they have
2  stipulated to the dismissal of this case without prejudice pursuant to Federal Rule of Civil
3  Procedure 41(a)(1). (Id.) The Stipulation is signed by plaintiff and counsel for defendants. (Id.)

4  Federal Rule of Civil Procedure 41(a)(1)(A) provides that ". . . the plaintiff may
5  dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing
6  party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal
7  signed by all parties who have appeared." Voluntary dismissal under this rule requires no action
8  on the part of the court and divests the court of jurisdiction upon the filing of the notice of
9  voluntary dismissal. See, e.g., United States v. Real Property Located at 475 Martin Lane,
10 Beverly Hills, CA, 545 F.3d 1134, 1145 (9th Cir. 2008) (describing consequences of voluntary
11 dismissals pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)).

12 Because the defendants have filed a motion for summary judgment in this action
13 (Dkt. No. 91), the parties' Stipulation is pursuant to subsection (ii) of Federal Rule of Civil
14 Procedure 41(a)(1)(A). Because all parties signed the Stipulation, plaintiff's request for
15 dismissal without prejudice is effective without a court order. Indeed, no further judicial action
16 was required upon the filing of the Stipulation for voluntary dismissal signed by all parties. See
17 e.g., Real Property Located at 475 Martin Lane, 545 F.3d at 1145. This action is deemed
18 dismissed without prejudice, and the undersigned directs the Clerk to close this case.

19 In light of the foregoing, IT IS HEREBY ORDERED that:

20 1. Plaintiff's case is dismissed without prejudice.

21 2. The Clerk of Court is directed to close this case and vacate all dates in this
22 case.

23 **IT IS SO ORDERED.**

24 DATED: May 11, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2